(Official Form 1) (9/97)

# 11 067185

**FORM B1**

| | | |
|---|---|---|
| **United States Bankruptcy Court** **Western District of New York** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**L.J. Hutchins Automotive Supply Co., Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**16-0840318** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7510 Porter Road**<br>**Niagara Falls, NY 14304** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**03-17306 K** |
| County of Residence or of the<br>Principal Place of Business: **Niagara** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| |
|---|
| Location of Principal Assets of Business Debtor **7510 Porter Road**<br>(if different from street address above): **Niagara Falls, NY 14304** |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box) |
|---|---|
| ☐ Individual(s)  ☐ Railroad<br>☑ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____ | ☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ☑ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☑ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

2003 SEP 30 PM 3:44

VOLUNTARY PETITION

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

(Official Form 1) (9/01)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)
Michael J. Dowd
Printed Name of Attorney for Debtor(s)
Michael J. Dowd, Attorney
Firm Name
920 Center Street, P.O. Box 1238
Address
Lewiston, New York 14092

(716)754-7865
Telephone Number
September 26, 2003
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Kenneth Pawlukovich
Printed Name of Authorized Individual
Vice President
Title of Authorized Individual
September 26, 2003
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____        _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

NORTHTOWN TOYOTA VW ISUZU
1135 MILLERSPORT HWY @I-
AMHERST, NY, 14226

WEST HERR FORD OF AMHERST
P.O. BOX 865
HAMBURG, NY, 14075

TOWNE BMW
8215 MAIN STREET
WILLIAMSVILLE, NY, 14221

NORTHTOWN HYUNDAI/SUBARU
3675 SHERIDAN DRIVE
AMHERST, NY, 14226

TONAWANDA TOWN CLERK
(WATER)
ROOM 14-MUNICIPAL BLDG.
2919 DELAWARE AVENUE,
KENMORE, NY 14217

AMS AUTOMOTIVE
P.O. BOX 790083
ST. LOUIS, MO, 63195-008

HALLEEN MOTORS
3201 MILITARY ROAD
NIAGARA FALLS, NY, 14304

BOSAL USA, INC
P.O. BOX 26031
NEWARK, NJ, 07101-663

KEYSTONE AUTO INDUSTRIES INC
485 LUDWIG AVE
BUFFALO, NY, 14227

RAINBOW FORD
6890 NIAG. FLS. BLVD.
NIAGARA FALLS, NY, 14304

POTRATZ FLORAL SHOP
1418 BUFFALO ROAD
ERIE, PA, 16503


JAMESTOWN INDUSTRIAL TRUCKS
IN
52 SOUTH PEARL STREET
PO BOX 613, FREWSBURG, NY14738-
061


NORTHTOWN DODGE
2020 NIAGARA FALLS BVLD.
TONAWANDA, NY, 14150


WHITE FIRE EXTINGUISHER
217 LINE ROAD
MERCER, PA, 16137


AUTO PLACE, INC.
8135 MAIN STREET
P.O. BOX 900, WILLIAMSVILLE,
NY14231-090


WEST HERR CHEVROLET
3575 SOUTH WESTERN BVLD
ORCHARD PARK, NY, 14127


MEADVILLE AREA WATER
AUTHORITY
18160 ROGERS FERRY ROAD
MEADVILLE, PA, 16335-837


VECTOR PRODUCTS INC
135 S. LASALLE, DEPT. 79
CHICAGO, IL, 60674-790


AR-TECH AUTOMOTIVE
36 SCARSDALE ROAD
TORONTO, ONTARIO, CANADAM3B-
2R7


GILLS PLUMBING SUPPLY INC.
4601 MILITARY ROAD
NIAGARA FALLS, NY, 14305

METRODATA SERVICES
ELLICOTT STATION PO BOX
BUFFALO, NY, 14205-015


JAKALA'S
690 N. FRENCH ROAD
AMHERST,NY, 14228


HEINRICH CHEVROLET
P.O. BOX 556
LOCKPORT, NY, 14095-055


NORTHEASTERN TRANSPARTS., INC.
2695 BAILEY AVE
BUFFALO, NY, 14215


PENN RADIATOR
1526 SASSAFRAS ST
ERIE, PA, 16502


TRADER PUBLISHING COMPANY
P.O. BOX 17359
CLEARWATER, FL, 33762-035


SHANOR ELECTRICAL SUPPLY INC.
285 HINMAN AVENUE
BUFFALO, NY, 14216


ERIE TIMES NEWS
205 W. 12TH STREET
ERIE, PA, 16534-000


AMHERST PRODUCTS INC.
69 VANDALIA STREET
BUFFALO, NY, 14204


CAMTECH PLUMBING &
MECHANICAL
4715 HYDE PARK BVLD
NIAGARA FALLS, NY, 14305

WENDT'S PROPANE GAS SERV
5910 WARD ROAD
SANBORN, NY, 14132


PULL OVER CORPORATION
268 BOSTON TURNPIKE ROAD
SHREWSBURY, MA, 1545


OCCUPATIONAL HEALTH CARE
PO BOX 708
NIAGARA FALLS, NY, 14302-070


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA, 19170-000


WASTE MANAGEMENT OF PA-ERIE
P.O. BOX 830003
BALTIMORE, MD, 21283-000


TOWN OF LOCKPORT   WATER DIST
6560 DYSINGER ROAD
LOCKPORT, NY, 14094-797


GUI'S LUMBER & HOME CENTER
8962 PORTER ROAD
L.P.O. BOX 147, NIAGARA FALLS,
NY14304-014


OIL FILTER SERVICE, INC
75 SAGINAW DRIVE
ROCHESTER, NY, 14623


CHAMPION FORD
2502 WEST 26TH STREET
ERIE, PA, 16506


HANSON INTERNATIONAL TRUCKS
IN
2425 WALDEN AVENUE
P.O. BOX 247, BUFFALO, NY14225

JOE CECCONI'S CHRYSLER COMPLEX
P.O. BOX 3007
NIAGARA FALLS, NY, 14304-030


TRUCKIN' 4 WD CENTER
2209 PITTSBURGH AVE.
ERIE PA, 16502


FLEET PRIDE (U JOINT)
PO BOX 402061
ATLANTA, GA, 30384-206


FUCCILLO CHEVROLET INC.
2549 WHITEHAVEN RD. WEST
GRAND ISLAND NY, 14072


EXPERIAN
DEPARTMENT 1971
LOS ANGELES, CA, 90088-197


THERMAL FOAMS INC
2101 KENMORE AVENUE
BUFFALO, NY, 14207


M.L.S. - GEORGE EGER
12571 VERNON STREET
MEADVILLE, PA, 16335


WESCO DISTRIBUTING, INC.
P.O. BOX 641447
PITTSBURG, PA, 15264-144


TOWN OF NIAGARA - WATER DEPT.
7105 LOCKPORT ROAD
NIAGARA FALLS, NY, 14305


JOBS WEEKLY
31 BUFFALO ST
HAMBURG, NY, 14075

WALDEN DODGE
2185 WALDEN AVENUE
CKEEKTOWAGA, N.Y., 14225


LANCASTER RACEWAY
C/O EASTERN STATES EVENT
6583 RAPIDS ROAD, LOCKPORT,
NY14094


GRAINGER
DEPT 104 - 845718329
PALATINE, IL, 60038-000


CENTURY DRILL & TOOL CO.,INC.
P.O. BOX 12767
GREEN BAY, WI, 54307-276


NATIONAL FUEL
P.O. BOX 4103
BUFFALO, NY, 14264


GILLOGY CHEVROLET CENTRAL
1777 UNION ROAD
BUFFALO, NY, 14224-209


THE MEADVILLE TRIBUNE
947 FEDERAL COURT
MEADVILLE, PA, 16335


SPX SERVICE SOLUTIONS
P.O. BOX 406799
ATLANTA, GA, 30384-679


LAFARGE CORPORATION
BANK ONE,PH
P.O. BOX 22667, CHICAGO, IL60673-122


SILLA COOLING, INC.
2500 WALDEN AVE
CHEEKTOWAGA, NY, ATT:
SHARIE14225

INDEE EXHAUST PARTS
2345 WARFEL AVENUE
ERIE, PA, 16503


HOLLAND SPEEDWAY
TWO NORTH MAIN
HOLLAND, NY, 14080


AAA FINANCIAL SERVICES
P.O. BOX 15019
WILMINGTON, DE, 19886-501


WILCRO INC.
500 AERO DRIVE
BUFFALO, NY, 14225


POWER MITE CORP
PO BOX 21756
CLEVELAND, OH, 44121


MARSH'S GENERAL STORE
7535 PACKARD ROAD
NIAGARA FALLS, NY, 14304


BOB'S PLUMBING SERVICE
P.O. BOX 65
BUFFALO, NY, 14207-006


NOBLE WIRE & TERMINAL CORP.
1620 N. 32ND STREET
SPRINGFIELD, OR, 97478-552


PROMOTIONAL SERVICES GROUP
P.O. BOX 510951
NEW BERLIN, WI, 53151-095


FMSI AUTOMOTIVE HARDWARE, INC.
1070 HERITAGE ROAD
BURLINGTON, ONTARIO, L7L4X9

COMPUTER SEARCH CORP.
331 AUDUBON PKWY
BUFFALO, NY, 14228


SNELLING 10466
P.O. BOX 650765
DALLAS, TX, 75265-076


LASER SOLUTIONS, INC.
6746 AKRON ROAD
LOCKPORT, NEW YORK, 14094


ROADWAY EXPRESS INC
DEPT 905587
CHARLOTTE, NC, 28290-558


MODERN DISPOSAL SERVICE
4746 MODEL CITY ROAD
P.O. BOX 209, MODEL CITY NY14107-
020


SUPERIOR LUBRICANTS
P.O.BOX 8000, DEPT 265
BUFFALO, NY, 14267


INGALLS ENGINEERING
2011 CHERRY ST - SUITE 1
LOUISVILLE CO, 80027


WHUZ
P.O. BOX 606
TITUSVILLE, PA, 16354


RAY-O-VAC CORP
7040 COLLECTION CENTER D
CHICAGO, IL, 60693


FIAMM TECHNOLOGIES, INC.
P.O. BOX 33376
DETROIT, MI, 48232-537

PARTS CHANNEL, INC.
4000 RIVER RD
SUITE C, TONAWANDA, NY14150


NEXTMEDIA GROUP, INC (WRKT)
ONE BOSTON STORE PLACE
ERIE, PA, 16501


PENNSYLVANIA COLLISION PARTS
50 NORTH GREEN LANE
ZELIENOPLE, PA, 16063


HAYNES MANUALS INC.
P.O. BOX 978
NEWBURY PARK, CA, 91320


UPSON-MAYBACH, INC.
P.O. BOX 351
BATAVIA, NY, 14020


3 B PRODUCTS
321 GREENBURY RD
P.O. BOX 397, NEW KENSINGTON,
PA15068


BAR'S PRODUCTS
P.O. BOX 187
HOLLY, MI, 48442


DIAS SPRING SERVICE, INC.
364 W. 12TH STREET
ERIE, PA, 16503


CORR DISTRIBUTORS INC
33 CHANDLER STREET
BUFFALO, NY, 14207


C&T PRODUCTS CO. LLC
P.O BOX901988
KANSAS CITY, MO, 64190-198

W.M. BARR & COMPANY INC.
P.O. BOX 2121
MEMPHIS, TN, 38159-212

PENELEC (FIRST ENERGY CO)
P.O. BOX 601
ALLENHUST, NJ, 07709-060

TIGER ACCESSORY GROUP
135 S. LaSalle, Dept. 14
CHICAGO, IL, 60674-143

UNITED GRAPHICS
100 RIVER ROCK DRIVE
SUITE 301, BUFFALO, NY14207

ACCESS MARKETING INC. (SLIME)
800 FARROLL ROAD
P.O. BOX 1216, GROVER BEACH,
CA93483

WBUF
P.O. BOX 13077
NEWARK, NJ, 07188-007

UNITED MARKETING, INC.
1801 W. FOURTH STREET
MARION, IN, 46952

PLOW PARTS WAREHOUSE
P.O. BOX 0808
MUSKEGON, MI, 49443-080

G.K. INDUSTRIES
50 PRECIDIO COURT
BRAMPTON, ONTARIO, L6S-6E3

COLEMAN CABLE SYSTEMS INC
PO BOX 5608
INDIANAPOLIS, IN, 46255-560

THE MEDIA GROUP, INC.
102-3 HAMILTON AVENUE
STAMFORD, CT, 6902


LAKE COUNTY PARTS WRHSE INC.
P.O. BOX 337
PERRY, OHIO, 44081


LARIN CORP
2019 BUSINESS PKWY
ONTARIO, CA, 91761


CIPA USA INC.
P.O. BOX 79001
DETROIT, MI, 48279-151


HY-GRADE DISTRIBUTORS, INC
574 MAIN STREET
TONAWANDA, NY, 14150


UNITED IMPORT MOTORS
175 GREAT ARROW AVE
BUFFALO, NY, 14207-309


LIGHTNING ROTORS INC.
360 RAYETTE ROAD
CONCORD, ONTARIO, CANADAL4K
2G5


NIC-SAND ENTERPRISES. LLC.
P.O. BOX 76093
CLEVELAND, OHIO, 44101


AL MAROONE FORD
4045 TRANSIT ROAD
WILLIAMSVILLE, NY, 14221


IMAGRAPHICS CORP.
1455 SPRING GARDEN AVENU
PITTSBURG, PA, 15212

WESTAR INDUSTRIES, INC
8241C SANDY COURT
JESSUP, MD, 20794


MAKE WAVES INSTRUMENT CORP
P.O. BOX 236
WILLIAMSVILLE, NY, 14231


GENUINE PARTS CO. -BUFFALO
P.O. BOX 102172
ATLANTA, GEORGIA, 30368-217


GO JO INDUSTRIES INC
DEPT 571
COLUMBUS, OH, 43265-057


CLORE AUTOMOTIVE, LLC
135 S. LASALLE ST. DEPT.
CHICAGO, IL, 60674-365


GROTE
2600 LANIER DR
MADISON, IN 47250, 47250


NOCO ENERGY CORP.
P.O. BOX 2049
BUFFALO, NY, 14240-204


CAR FRESHNER CORP.
P.O. BOX 719
WATERTOWN, NY, 13601-071


MOTHERS INC.
5456 INDUSTRIAL DRIVE
HUNTINGTON BEACH, CA, 92649


OPTRONICS INC.
401 SOUTH 41ST STREET EA
MUSKOGEE, OKLAHOMA, 74403

BLITZ
P.O. BOX 678006
DALLAS, TX, 75267-800


FLEET FUELING
P.O. BOX 6293
CAROL STREAM, IL, 60197-629


STYLE-LINE
100 OCEANSIDE DRIVE
NASHVILLE, TN, 37204


FJC, INC.
POST OFFICE BOX 499
MT. MOURNE, NC, 28123-049


KIMBERLY - CLARK CORP.
CHURCH STREET STATION
P.O. BOX 6759, NEW YORK, NY10249-
675


MARWIL PRODUCTS
P.O. BOX 73231
CHICAGO, IL, 60673-323


CITADEL BROADCASTING (WGRF)
464 FRANKLIN ST
BUFFALO, NY, 14202


CYCLO INDUSTRIES,LLC
P.O. BOX 22750
TAMPA, FL, 33622-275


CITGO PETROLEUM CORP.
CASH OPERATIONS DEPT #50
TULSA, OK, 74182


AUTO VENTSHADE CO
PO BOX 73055
CLEVELAND, OH, 44193

VALLEY INDUSTRIES
WEST DIVISION
P.O. BOX 67000, DETROIT, MI48267-095


BLASTER CHEMICAL COMPANIES
P.O. BOX 951104
CLEVELAND, OH, 44193


IDEAL DIVISION
PO BOX 7170M
ST LOUIS, MO, 63195


HALLE-WEBB
30251 EUCLID AVE
WICKLIFFE, OH, 44092


DAYTONA RUBBER COMPANY
P.O. BOX 480231
DENVER, CO, 80248


VERSA CHEM CORP
75 REMITTANCE DRIVE-STE
CHICAGO IL, 60675-116


FORNEY INDUSTRIES, INC
P.O. BOX 563
FORT COLLINS, CO, 80522


ETW CORPORATION
P.O. BOX 688
WEST CALDWELL, NJ, 7007


CRC INDUSTRIES, INC.
P.O. BOX 8500 S-6150
PHILADELPHIA, PA, 19178


TRANSTAR AUTOBODY TECH.
2040 HEISERMAN DRIVE
BRIGHTON, MI, 48114

SAFA METAL WORKS INC.
414 ISABEY STREET
MONTREAL, QUEBEC, CANADAH4T
1V3

ALLTRADE
1431 VIA PLATA STREET
LONG BEACH, CA, 90810-146

KEN YOUNG PAVING
1260 CAIN ROAD
YOUNGSTOWN, NY, 14174

NYSEG
P.O. BOX 5550
ITHACA, NY, 14852-555

NIAGARA MOHAWK
300 ERIE BOULEVARD WEST
SYRACUSE, NY, 13252

NORTHEAST MACHINE & MOTOR
SPLY
71 TWO MILE CREEK ROAD
TONAWANDA, NY, 14150-588

LISLE CORPORATION
LB 395
P.O. BOX 3395, OMAHA, NE68103-039

ASC INDUSTRIES INC.
5255 N. FEDERAL HWY
3RD FLOOR, BOCA RATON, FL33487

THE BONADIO GROUP
SHERIDAN MEADOWS CORP. P
6400 SHERIDAN DRIVE, SUI,
WILLIAMSVILLE, NY14221

PENNZOIL PRODUCTS CO (GUM-OUT
700 MILAM
ATT: KIM KING 5TH FLOOR,
HOUSTON, TX77002

INTERNATIONAL BRAKE IND.
36422 TREASURY CENTER
CHICAGO, IL, 60694-604

SIEMENS AUTOMOTIVE L.P.
DEPART. 771114
P.O. BOX 77000, DETROIT, MI48277-111

THOMSON LEARNING
P.O. BOX95999
CHICAGO, IL, 60694-599

MOTORAD OF AMERICA
TRANSCEDAR INDUSTRIES, L
P.O. BOX 2791, BUFFALO, NY14240

CEC INDUSTRIES LTD.
1537 ABBOTT DRIVE
WHEELING, IL, 60090-582

LUCAS OIL PRODUCTS, INC
302 N. SHERIDAN
CORONA, CA, 92880-206

NJA BRAKE PRODUCTS
P.O. BOX 99
SOMERDALE, NJ, 8083

THE BUFFALO NEWS
P.O. BOX 100
ONE NEWS PLAZA, BUFFALO,
NY14240-010

ROCKFORD PRODUCTS CORP.
135 S. LASALLE
DEPT. 1660, CHICAGO, IL60674-166

OLD WORLD AUTOMOTIVE
PRODUCTS
PO BOX 96739
CHICAGO, IL, 60693-673

3M - LHZ2395
PO BOX 102960
ATLANTA, GA, 30368-296


GE LIGHTING
GENERAL ELECTRIC COMPANY
PO BOX 100814, ATLANTA, GA30384-
081


CAPRIOTTO AUTO PARTS
S. 3100 ABBOTT RD
ORCHARD PARK, NY, 14127


CASTROL NORTH AMERICA INC.
P.O. BOX 409383
ATLANTA, GA, 30384


RADIATOR SPECIALTY CO.
P.O. BOX 65189, CHAROLTTE NC28265


R.M.S. SALES
P.O. BOX 133
REHOBOTH, DE, 19971


ROL MFG. OF AMERICA, INC.
P.O. BOX 930871
ATLANTA, GA, 31193-087


GMB NORTH AMERICA, INC
200 HERROD BVLD
DAYTON, NJ, 8810


LITTELFUSE, INC.
12858 COLLECTION CENTER
CHICAGO, IL, 60693


AARON'S AUTOMOTIVE PRODUCTS
P.O. BOX 91620
CHICAGO, IL, 60693

MICRO-TECH
P.O. BOX 18026
LOUISVILLE, KY, 40261-002


CONI-SEAL
P O BOX 824782
PHILADELPHIA, PA, 19182-478


PLEWS & EDELMAN  DIVISION
PO BOX 7472M
ST. LOUIS, MO, 63195


TORIN JACKS, INC.
2210 E. ARTESIA BVLD
LONG BEACH, CA, 90805


U.S.CHEMICAL  & PLASTICS INC
P.O. BOX 710865
COLUMBUS, OH, 43271-086


STEEL CITY PRODUCTS, INC.
P.O. BOX 400026
PITTSBURGH, PA, 15268-002


TRICO PRODUCTS CORP
DEPT. CH BOX #10017
PALATINE, IL, 60055-001


VALVOLINE OIL CO
PO BOX 371002
PITTSBURG, PA, 15250-700


AIRTEX AUTOMOTIVE DIVISION
PO BOX 60198
ST. LOUIS, MO, 63160-019


BAUER RADIATOR, INC.
3805 WALDEN AVENUE
LANCASTER, NY, 14086

TRANSPORTATION INDUSTRIES.INC
PO BOX 410
BUFFALO, NY, 14212-041


READY-AIRE
P.O. BOX 14149A
NEWARK, NJ, 07198-014


HONEYWELL - CPG
P.O. BOX 198467
ATLANTA, GA, 30384-846


THE GATES RUBBER COMPANY
PO BOX 360870
PITTSBURG, PA, 15251-687


WELLS MFG. CORP
12865 COLLECTIONS CENTER
CHICAGO, IL, 60693


PITT PENN
P.O. BOX 8500-55033
PHILADELPHIA, PA, 19178-503


GODAN INDUSTRIES (CAW)
P.O. BOX 19585
NEWARK, NJ, 07195-058


R & B INC. (DORMAN-MOTORMITE)
PO BOX 8500 (S-4565), PHILADELPHIA,
PA19178


GDI - GO/DAN INDUSTRIES
P.O BOX 19585
NEWARK,NJ, 07195-058


REPLEX AUTOMOTIVE CORP.
5395 MAINGATE DRIVE
MISSISSAUGA, ONTARIO,
CANADAL4W 1G6

FALCON STEERING SYSTEMS, INC.
121 EXECUTIVE BVLD.
FARMINGDALE, NY, 11735


HASTINGS FILTERS INC
P.O. BOX 71921
CHICAGO, IL, 60694-192


CARDONE INDUSTRIES, INC.
P.O. BOX 827267
PHILADELPHIA, PA, 19182


MONROE AUTO EQUIP CO
PO BOX 98990
CHICAGO, IL, 60693


DOUGLAS BATTERY
PO BOX 538093
ATLANTA, GA, 30353-809


FEDERAL MOGUL CORP. (MOOG)
DEPARTMENT #216801
PO BOX 67000, DETROIT MI48267-216


IAP INC.
26 ENGLEHARD AVENUE
AVENEL, N.J., 07001-229


CHICAGO RAWHIDE
P.O. BOX 98316
CHICAGO, IL, 60693-831


NASTRA AUTOMOTIVE INDUSTRIES
3 SIDNEY COURT
LINDENHURST, NY, 11757-101


GOERLICH'S INC
DEPT.77-6498
CHICAGO, IL, 60678-649

HONEYWELL INC. (BENDIX)
P.O. BOX 371676M
PITTSBURGH, PA, 15251-767


BRAKE PARTS INC.
DANA BRAKE AND CHASSIS
DEPT 73071, CHICAGO, IL60673-707

NORTHTOWN TOYOTA VW ISUZU
1135 MILLERSPORT HWY @I-
AMHERST, NY, 14226


WEST HERR FORD OF AMHERST
P.O. BOX 865
HAMBURG, NY, 14075


TOWNE BMW
8215 MAIN STREET
WILLIAMSVILLE, NY, 14221


NORTHTOWN HYUNDAI/SUBARU
3675 SHERIDAN DRIVE
AMHERST, NY, 14226

Matrix

TONAWANDA TOWN CLERK
(WATER)
ROOM 14-MUNICIPAL BLDG.
2919 DELAWARE AVENUE,
KENMORE, NY14217


AMS AUTOMOTIVE
P.O. BOX 790083
ST. LOUIS, MO, 63195-008


HALLEEN MOTORS
3201 MILITARY ROAD
NIAGARA FALLS, NY, 14304


BOSAL USA, INC
P.O. BOX 26031
NEWARK, NJ, 07101-663


KEYSTONE AUTO INDUSTRIES INC
485 LUDWIG AVE
BUFFALO, NY, 14227


RAINBOW FORD
6890 NIAG. FLS. BLVD.
NIAGARA FALLS, NY, 14304

POTRATZ FLORAL SHOP
1418 BUFFALO ROAD
ERIE, PA, 16503


JAMESTOWN INDUSTRIAL TRUCKS
IN
52 SOUTH PEARL STREET
PO BOX 613, FREWSBURG, NY14738-061


NORTHTOWN DODGE
2020 NIAGARA FALLS BVLD.
TONAWANDA, NY, 14150


WHITE FIRE EXTINGUISHER
217 LINE ROAD
MERCER, PA, 16137


AUTO PLACE, INC.
8135 MAIN STREET
P.O. BOX 900, WILLIAMSVILLE, NY14231-090


WEST HERR CHEVROLET
3575 SOUTH WESTERN BVLD
ORCHARD PARK, NY, 14127


MEADVILLE AREA WATER
AUTHORITY
18160 ROGERS FERRY ROAD
MEADVILLE, PA, 16335-837


VECTOR PRODUCTS INC
135 S. LASALLE, DEPT. 79
CHICAGO, IL, 60674-790


AR-TECH AUTOMOTIVE
36 SCARSDALE ROAD
TORONTO, ONTARIO, CANADAM3B-2R7


GILLS PLUMBING SUPPLY INC.
4601 MILITARY ROAD
NIAGARA FALLS, NY, 14305

METRODATA SERVICES
ELLICOTT STATION PO BOX
BUFFALO, NY, 14205-015


JAKALA'S
690 N. FRENCH ROAD
AMHERST,NY, 14228


HEINRICH CHEVROLET
P.O. BOX 556
LOCKPORT, NY, 14095-055


NORTHEASTERN TRANSPARTS., INC.
2695 BAILEY AVE
BUFFALO, NY, 14215


PENN RADIATOR
1526 SASSAFRAS ST
ERIE, PA, 16502


TRADER PUBLISHING COMPANY
P.O. BOX 17359
CLEARWATER, FL, 33762-035


SHANOR ELECTRICAL SUPPLY INC.
285 HINMAN AVENUE
BUFFALO, NY, 14216


ERIE TIMES NEWS
205 W. 12TH STREET
ERIE, PA, 16534-000


AMHERST PRODUCTS INC.
69 VANDALIA STREET
BUFFALO, NY, 14204


CAMTECH PLUMBING &
MECHANICAL
4715 HYDE PARK BVLD
NIAGARA FALLS, NY, 14305

WENDT'S PROPANE GAS SERV
5910 WARD ROAD
SANBORN, NY, 14132


PULL OVER CORPORATION
268 BOSTON TURNPIKE ROAD
SHREWSBURY, MA, 1545


OCCUPATIONAL HEALTH CARE
PO BOX 708
NIAGARA FALLS, NY, 14302-070


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA, 19170-000


WASTE MANAGEMENT OF PA-ERIE
P.O. BOX 830003
BALTIMORE, MD, 21283-000


TOWN OF LOCKPORT    WATER DIST
6560 DYSINGER ROAD
LOCKPORT, NY, 14094-797


GUI'S LUMBER & HOME CENTER
8962 PORTER ROAD
L.P.O. BOX 147, NIAGARA FALLS,
NY14304-014


OIL FILTER SERVICE, INC
75 SAGINAW DRIVE
ROCHESTER, NY, 14623


CHAMPION FORD
2502 WEST 26TH STREET
ERIE, PA, 16506


HANSON INTERNATIONAL TRUCKS
IN
2425 WALDEN AVENUE
P.O. BOX 247, BUFFALO, NY14225

JOE CECCONI'S CHRYSLER COMPLEX
P.O. BOX 3007
NIAGARA FALLS, NY, 14304-030

TRUCKIN' 4 WD CENTER
2209 PITTSBURGH AVE.
ERIE PA, 16502

FLEET PRIDE (U JOINT)
PO BOX 402061
ATLANTA, GA, 30384-206

FUCCILLO CHEVROLET INC.
2549 WHITEHAVEN RD. WEST
GRAND ISLAND NY, 14072

EXPERIAN
DEPARTMENT 1971
LOS ANGELES, CA, 90088-197

THERMAL FOAMS INC
2101 KENMORE AVENUE
BUFFALO, NY, 14207

M.L.S. - GEORGE EGER
12571 VERNON STREET
MEADVILLE, PA, 16335

WESCO DISTRIBUTING, INC.
P.O. BOX 641447
PITTSBURG, PA, 15264-144

TOWN OF NIAGARA - WATER DEPT.
7105 LOCKPORT ROAD
NIAGARA FALLS, NY, 14305

JOBS WEEKLY
31 BUFFALO ST
HAMBURG, NY, 14075

WALDEN DODGE
2185 WALDEN AVENUE
CKEEKTOWAGA, N.Y., 14225


LANCASTER RACEWAY
C/O EASTERN STATES EVENT
6583 RAPIDS ROAD, LOCKPORT,
NY14094


GRAINGER
DEPT 104 - 845718329
PALATINE, IL, 60038-000


CENTURY DRILL & TOOL CO.,INC.
P.O. BOX 12767
GREEN BAY, WI, 54307-276


NATIONAL FUEL
P.O. BOX 4103
BUFFALO, NY, 14264


GILLOGY CHEVROLET CENTRAL
1777 UNION ROAD
BUFFALO, NY, 14224-209


THE MEADVILLE TRIBUNE
947 FEDERAL COURT
MEADVILLE, PA, 16335


SPX SERVICE SOLUTIONS
P.O. BOX 406799
ATLANTA, GA, 30384-679


LAFARGE CORPORATION
BANK ONE,PH
P.O. BOX 22667, CHICAGO, IL60673-122


SILLA COOLING, INC.
2500 WALDEN AVE
CHEEKTOWAGA, NY, ATT:
SHARIE14225

INDEE EXHAUST PARTS
2345 WARFEL AVENUE
ERIE, PA, 16503


HOLLAND SPEEDWAY
TWO NORTH MAIN
HOLLAND, NY, 14080


AAA FINANCIAL SERVICES
P.O. BOX 15019
WILMINGTON, DE, 19886-501


WILCRO INC.
500 AERO DRIVE
BUFFALO, NY, 14225


POWER MITE CORP
PO BOX 21756
CLEVELAND, OH, 44121


MARSH'S GENERAL STORE
7535 PACKARD ROAD
NIAGARA FALLS, NY, 14304


BOB'S PLUMBING SERVICE
P.O. BOX 65
BUFFALO, NY, 14207-006


NOBLE WIRE & TERMINAL CORP.
1620 N. 32ND STREET
SPRINGFIELD, OR, 97478-552


PROMOTIONAL SERVICES GROUP
P.O. BOX 510951
NEW BERLIN, WI, 53151-095


FMSI AUTOMOTIVE HARDWARE, INC.
1070 HERITAGE ROAD
BURLINGTON, ONTARIO, L7L4X9

COMPUTER SEARCH CORP.
331 AUDUBON PKWY
BUFFALO, NY, 14228


SNELLING 10466
P.O. BOX 650765
DALLAS, TX, 75265-076


LASER SOLUTIONS, INC.
6746 AKRON ROAD
LOCKPORT, NEW YORK, 14094


ROADWAY EXPRESS INC
DEPT 905587
CHARLOTTE, NC, 28290-558


MODERN DISPOSAL SERVICE
4746 MODEL CITY ROAD
P.O. BOX 209, MODEL CITY NY 14107-
020


SUPERIOR LUBRICANTS
P.O. BOX 8000, DEPT 265
BUFFALO, NY, 14267


INGALLS ENGINEERING
2011 CHERRY ST - SUITE 1
LOUISVILLE CO, 80027


WHUZ
P.O. BOX 606
TITUSVILLE, PA, 16354


RAY-O-VAC CORP
7040 COLLECTION CENTER D
CHICAGO, IL, 60693


FIAMM TECHNOLOGIES, INC.
P.O. BOX 33376
DETROIT, MI, 48232-537

PARTS CHANNEL, INC.
4000 RIVER RD
SUITE C, TONAWANDA, NY14150


NEXTMEDIA GROUP, INC (WRKT)
ONE BOSTON STORE PLACE
ERIE, PA, 16501


PENNSYLVANIA COLLISION PARTS
50 NORTH GREEN LANE
ZELIENOPLE, PA, 16063


HAYNES MANUALS INC.
P.O. BOX 978
NEWBURY PARK, CA, 91320


UPSON-MAYBACH, INC.
P.O. BOX 351
BATAVIA, NY, 14020


3 B PRODUCTS
321 GREENBURY RD
P.O. BOX 397, NEW KENSINGTON,
PA15068


BAR'S PRODUCTS
P.O. BOX 187
HOLLY, MI, 48442


DIAS SPRING SERVICE, INC.
364 W. 12TH STREET
ERIE, PA, 16503


CORR DISTRIBUTORS INC
33 CHANDLER STREET
BUFFALO, NY, 14207


C&T PRODUCTS CO. LLC
P.O BOX901988
KANSAS CITY, MO, 64190-198

W.M. BARR & COMPANY INC.
P.O. BOX 2121
MEMPHIS, TN, 38159-212

PENELEC (FIRST ENERGY CO)
P.O. BOX 601
ALLENHUST, NJ, 07709-060

TIGER ACCESSORY GROUP
135 S. LaSalle, Dept. 14
CHICAGO, IL, 60674-143

UNITED GRAPHICS
100 RIVER ROCK DRIVE
SUITE 301, BUFFALO, NY14207

ACCESS MARKETING INC. (SLIME)
800 FARROLL ROAD
P.O. BOX 1216, GROVER BEACH,
CA93483

WBUF
P.O. BOX 13077
NEWARK, NJ, 07188-007

UNITED MARKETING, INC.
1801 W. FOURTH STREET
MARION, IN, 46952

PLOW PARTS WAREHOUSE
P.O. BOX 0808
MUSKEGON, MI, 49443-080

G.K. INDUSTRIES
50 PRECIDIO COURT
BRAMPTON, ONTARIO, L6S-6E3

COLEMAN CABLE SYSTEMS INC
PO BOX 5608
INDIANAPOLIS, IN, 46255-560

THE MEDIA GROUP, INC.
102-3 HAMILTON AVENUE
STAMFORD, CT, 6902


LAKE COUNTY PARTS WRHSE INC.
P.O. BOX 337
PERRY, OHIO, 44081


LARIN CORP
2019 BUSINESS PKWY
ONTARIO, CA, 91761


CIPA USA INC.
P.O. BOX 79001
DETROIT, MI, 48279-151


HY-GRADE DISTRIBUTORS, INC
574 MAIN STREET
TONAWANDA, NY, 14150


UNITED IMPORT MOTORS
175 GREAT ARROW AVE
BUFFALO, NY, 14207-309


LIGHTNING ROTORS INC.
360 RAYETTE ROAD
CONCORD, ONTARIO, CANADAL4K
2G5


NIC-SAND ENTERPRISES. LLC.
P.O. BOX 76093
CLEVELAND, OHIO, 44101


AL MAROONE FORD
4045 TRANSIT ROAD
WILLIAMSVILLE, NY, 14221


IMAGRAPHICS CORP.
1455 SPRING GARDEN AVENU
PITTSBURG, PA, 15212

WESTAR INDUSTRIES, INC
8241C SANDY COURT
JESSUP, MD, 20794


MAKE WAVES INSTRUMENT CORP
P.O. BOX 236
WILLIAMSVILLE, NY, 14231


GENUINE PARTS CO. -BUFFALO
P.O. BOX 102172
ATLANTA, GEORGIA, 30368-217


GO JO INDUSTRIES INC
DEPT 571
COLUMBUS, OH, 43265-057


CLORE AUTOMOTIVE, LLC
135 S. LASALLE ST. DEPT.
CHICAGO, IL, 60674-365


GROTE
2600 LANIER DR
MADISON, IN 47250, 47250


NOCO ENERGY CORP.
P.O. BOX 2049
BUFFALO, NY, 14240-204


CAR FRESHNER CORP.
P.O. BOX 719
WATERTOWN, NY, 13601-071


MOTHERS INC.
5456 INDUSTRIAL DRIVE
HUNTINGTON BEACH, CA, 92649


OPTRONICS INC.
401 SOUTH 41ST STREET EA
MUSKOGEE, OKLAHOMA, 74403

BLITZ
P.O. BOX 678006
DALLAS, TX, 75267-800


FLEET FUELING
P.O. BOX 6293
CAROL STREAM, IL, 60197-629


STYLE-LINE
100 OCEANSIDE DRIVE
NASHVILLE, TN, 37204


FJC, INC.
POST OFFICE BOX 499
MT. MOURNE, NC, 28123-049


KIMBERLY - CLARK CORP.
CHURCH STREET STATION
P.O. BOX 6759, NEW YORK, NY10249-
675


MARWIL PRODUCTS
P.O. BOX 73231
CHICAGO, IL, 60673-323


CITADEL BROADCASTING (WGRF)
464 FRANKLIN ST
BUFFALO, NY, 14202


CYCLO INDUSTRIES,LLC
P.O. BOX 22750
TAMPA, FL, 33622-275


CITGO PETROLEUM CORP.
CASH OPERATIONS DEPT #50
TULSA, OK, 74182


AUTO VENTSHADE CO
PO BOX 73055
CLEVELAND, OH, 44193

VALLEY INDUSTRIES
WEST DIVISION
P.O. BOX 67000, DETROIT, MI48267-095

BLASTER CHEMICAL COMPANIES
P.O. BOX 951104
CLEVELAND, OH, 44193

IDEAL DIVISION
PO BOX 7170M
ST LOUIS, MO, 63195

HALLE-WEBB
30251 EUCLID AVE
WICKLIFFE, OH, 44092

DAYTONA RUBBER COMPANY
P.O. BOX 480231
DENVER, CO, 80248

VERSA CHEM CORP
75 REMITTANCE DRIVE-STE
CHICAGO IL, 60675-116

FORNEY INDUSTRIES, INC
P.O. BOX 563
FORT COLLINS, CO, 80522

ETW CORPORATION
P.O. BOX 688
WEST CALDWELL, NJ, 7007

CRC INDUSTRIES, INC.
P.O. BOX 8500 S-6150
PHILADELPHIA, PA, 19178

TRANSTAR AUTOBODY TECH.
2040 HEISERMAN DRIVE
BRIGHTON, MI, 48114

SAFA METAL WORKS INC.
414 ISABEY STREET
MONTREAL, QUEBEC, CANADAH4T
1V3


ALLTRADE
1431 VIA PLATA STREET
LONG BEACH, CA, 90810-146


KEN YOUNG PAVING
1260 CAIN ROAD
YOUNGSTOWN, NY, 14174


NYSEG
P.O. BOX 5550
ITHACA, NY, 14852-555


NIAGARA MOHAWK
300 ERIE BOULEVARD WEST
SYRACUSE, NY, 13252


NORTHEAST MACHINE & MOTOR
SPLY
71 TWO MILE CREEK ROAD
TONAWANDA, NY, 14150-588


LISLE CORPORATION
LB 395
P.O. BOX 3395, OMAHA, NE68103-039


ASC INDUSTRIES INC.
5255 N. FEDERAL HWY
3RD FLOOR, BOCA RATON, FL33487


THE BONADIO GROUP
SHERIDAN MEADOWS CORP. P
6400 SHERIDAN DRIVE, SUI,
WILLIAMSVILLE, NY14221


PENNZOIL PRODUCTS CO (GUM-OUT
700 MILAM
ATT: KIM KING 5TH FLOOR,
HOUSTON, TX77002

INTERNATIONAL BRAKE IND.
36422 TREASURY CENTER
CHICAGO, IL, 60694-604


SIEMENS AUTOMOTIVE L.P.
DEPART. 771114
P.O. BOX 77000, DETROIT, MI48277-111


THOMSON LEARNING
P.O. BOX95999
CHICAGO, IL, 60694-599


MOTORAD OF AMERICA
TRANSCEDAR INDUSTRIES, L
P.O. BOX 2791, BUFFALO, NY14240


CEC INDUSTRIES LTD.
1537 ABBOTT DRIVE
WHEELING, IL, 60090-582


LUCAS OIL PRODUCTS, INC
302 N. SHERIDAN
CORONA, CA, 92880-206


NJA BRAKE PRODUCTS
P.O. BOX 99
SOMERDALE, NJ, 8083


THE BUFFALO NEWS
P.O. BOX 100
ONE NEWS PLAZA, BUFFALO,
NY14240-010


ROCKFORD PRODUCTS CORP.
135 S. LASALLE
DEPT. 1660, CHICAGO, IL60674-166


OLD WORLD AUTOMOTIVE
PRODUCTS
PO BOX 96739
CHICAGO, IL, 60693-673

3M - LHZ2395
PO BOX 102960
ATLANTA, GA, 30368-296


GE LIGHTING
GENERAL ELECTRIC COMPANY
PO BOX 100814, ATLANTA, GA30384-
081


CAPRIOTTO AUTO PARTS
S. 3100 ABBOTT RD
ORCHARD PARK, NY, 14127


CASTROL NORTH AMERICA INC.
P.O. BOX 409383
ATLANTA, GA, 30384


RADIATOR SPECIALTY CO.
P.O. BOX 65189, CHAROLTTE NC28265


R.M.S. SALES
P.O. BOX 133
REHOBOTH, DE, 19971


ROL MFG. OF AMERICA, INC.
P.O. BOX 930871
ATLANTA, GA, 31193-087


GMB NORTH AMERICA, INC
200 HERROD BVLD
DAYTON, NJ, 8810


LITTELFUSE, INC.
12858 COLLECTION CENTER
CHICAGO, IL, 60693


AARON'S AUTOMOTIVE PRODUCTS
P.O. BOX 91620
CHICAGO, IL, 60693

MICRO-TECH
P.O. BOX 18026
LOUISVILLE, KY, 40261-002


CONI-SEAL
P O BOX 824782
PHILADELPHIA, PA, 19182-478


PLEWS & EDELMAN  DIVISION
PO BOX 7472M
ST. LOUIS, MO, 63195


TORIN JACKS, INC.
2210 E. ARTESIA BVLD
LONG BEACH, CA, 90805


U.S.CHEMICAL  & PLASTICS INC
P.O. BOX 710865
COLUMBUS, OH, 43271-086


STEEL CITY PRODUCTS, INC.
P.O. BOX 400026
PITTSBURGH, PA, 15268-002


TRICO PRODUCTS CORP
DEPT. CH BOX #10017
PALATINE, IL, 60055-001


VALVOLINE OIL CO
PO BOX 371002
PITTSBURG, PA, 15250-700


AIRTEX AUTOMOTIVE DIVISION
PO BOX 60198
ST. LOUIS, MO, 63160-019


BAUER RADIATOR, INC.
3805 WALDEN AVENUE
LANCASTER, NY, 14086

TRANSPORTATION INDUSTRIES.INC
PO BOX 410
BUFFALO, NY, 14212-041


READY-AIRE
P.O. BOX 14149A
NEWARK, NJ, 07198-014


HONEYWELL - CPG
P.O. BOX 198467
ATLANTA, GA, 30384-846


THE GATES RUBBER COMPANY
PO BOX 360870
PITTSBURG, PA, 15251-687


WELLS MFG. CORP
12865 COLLECTIONS CENTER
CHICAGO, IL, 60693


PITT PENN
P.O. BOX 8500-55033
PHILADELPHIA, PA, 19178-503


GODAN INDUSTRIES (CAW)
P.O. BOX 19585
NEWARK, NJ, 07195-058


R & B INC. (DORMAN-MOTORMITE)
PO BOX 8500 (S-4565), PHILADELPHIA,
PA19178


GDI - GO/DAN INDUSTRIES
P.O BOX 19585
NEWARK,NJ, 07195-058


REPLEX AUTOMOTIVE CORP.
5395 MAINGATE DRIVE
MISSISSAUGA, ONTARIO,
CANADAL4W 1G6

FALCON STEERING SYSTEMS, INC.
121 EXECUTIVE BVLD.
FARMINGDALE, NY, 11735


HASTINGS FILTERS INC
P.O. BOX 71921
CHICAGO, IL, 60694-192


CARDONE INDUSTRIES, INC.
P.O. BOX 827267
PHILADELPHIA, PA, 19182


MONROE AUTO EQUIP CO
PO BOX 98990
CHICAGO, IL, 60693


DOUGLAS BATTERY
PO BOX 538093
ATLANTA, GA, 30353-809


FEDERAL MOGUL CORP. (MOOG)
DEPARTMENT #216801
PO BOX 67000, DETROIT MI48267-216


IAP INC.
26 ENGLEHARD AVENUE
AVENEL, N.J., 07001-229


CHICAGO RAWHIDE
P.O. BOX 98316
CHICAGO, IL, 60693-831


NASTRA AUTOMOTIVE INDUSTRIES
3 SIDNEY COURT
LINDENHURST, NY, 11757-101


GOERLICH'S INC
DEPT.77-6498
CHICAGO, IL, 60678-649

HONEYWELL INC. (BENDIX)
P.O. BOX 371676M
PITTSBURGH, PA, 15251-767

BRAKE PARTS INC.
DANA BRAKE AND CHASSIS
DEPT 73071, CHICAGO, IL60673-707